In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00209-CR


______________________________




CORY JOE LOCKE, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 354th Judicial District Court


Hunt County, Texas


Trial Court No. 23,256




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Cory Joe Locke was convicted in a single trial for the offenses of murder, aggravated
kidnapping, burglary of a habitation with intent to commit theft, and aggravated robbery with a
deadly weapon. This appeal concerns only his conviction for burglary of a habitation with intent to
commit theft. The causes have been appealed separately and have been briefed together. 

 Since the briefs and arguments raised therein are identical in all appeals, for the reasons
stated in Locke v. State, cause number 06-06-00210-CR, we likewise resolve the issues in this appeal
in favor of the State.

 We affirm the judgment of the trial court.



 Josh R. Morriss, III

 Chief Justice


Date Submitted: June 22, 2007

Date Decided: July 3, 2007


Do Not Publish





tyle="text-align: center">Before Morriss, C.J., Ross and Carter, JJ.
Memorandum Opinion by Justice Ross


MEMORANDUM OPINION

          After a judgment terminating the parental rights of Keith and Holli Renfro, the
Renfros each filed a motion for new trial and a notice of appeal. The trial court has granted
a new trial as to both parents. Therefore, the Renfros have filed their joint motion to
dismiss appeal. The Renfros' motion complies with the requirements set forth in Tex. R.
App. P. 42.1. The rule authorizes this Court to dismiss an appeal on the filing of a proper
motion by the appellant. 
          Accordingly, we grant the motion and dismiss the appeal.
 
                                                                           Donald R. Ross
                                                                           Justice

Date Submitted:      April 21, 2004
Date Decided:         April 22, 2004